ACCEPTED
06-14-00138-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/31/2014 12:18:13 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00138-CR

| | | |
|---|---|---|
| **JAMIE LEE BLEDSOE,** | § | **IN THE SIXTH** |
| | | |
| **VS.** | § | **COURT OF APPEALS** |
| | | |
| **THE STATE OF TEXAS** | § | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/31/2014 1:18:00 PM
DEBBIE AUTREY
Clerk

### MOTION TO WITHDRAW AS APPELLANT'S ATTORNEY

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Movant EBB B. MOBLEY, appointed attorney of record for JAMIE LEE BLEDSOE, Appellant herein , and files this Motion to Withdraw as Appellant's Attorney, and in support thereof would show the Court as follows:

§

Movant was appointed as stand by counsel to represent Appellant JAMIE LEE BLEDSOE prior to a hearing in the trial court on the defendant's Motion For New Trial.  The motion was denied.  Movant perfected appeal to this Court by timely filing a docketing statement, designation of record, CR-230, notice letter to the trial court reporter, CR-221, and notice of appeal, CR-226.

.

§

On review of the Clerk's Record and the Reporter's Record, Movant has concluded that this appeal is without merit and frivolous.   Accordingly Movant has this day filed an Anders Brief summarizing  the record and possible issues that could be raised.

§

Movant has provided JAMIE LEE BLEDSOE with a copy of this motion, the Anders Brief, the Clerk's Record and the Reporter's Record, by United States mail return receipt requested.

WHEREFORE, premises considered, Movant prays that his motion to withdraw be granted.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com


 /s/ EBB B. MOBLEY
EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000


## CERTIFICATE OF SERVICE

A copy of this motion is being provided to Timothy T. Cariker, Assistant District Attorney, 200 West Houston, Suite 206, Marshall, Texas 75670, on the 31 day of December, 2014 by email and to Jamie Lee Bledsoe, Inmate 1945574, Wynne Unit, 810 FM 2821, Huntsville, Texas 77349 by U.S. Mail.


 /s/ EBB B. MOBLEY
**EBB B. MOBLEY**